**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**December 18, 2006**

Charles R. Fulbruge III
Clerk

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

———————————————

No. 05-41629

———————————————

RHONDA MILLER,

Plaintiff-Appellant,

versus

ELECTRONIC DATA SYSTEMS CORP; METROPOLITAN LIFE INSURANCE CO,

Defendants-Appellees.

—————————————————————————

Appeal from the United States District Court
for the Eastern District of Texas
6:04-CV-418

—————————————————————————

Before KING, BENAVIDES, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

AFFIRMED. *See* 5TH CIR. R. 47.6.

---

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.